UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                PLAINTIFF ,

V.

$10,000.00 IN U.S. CURRENCY,

                DEFENDANT.

Civil No. 11-133 (RHK/JSM)

**DEFAULT JUDGMENT AND
FINAL ORDER OF FORFEITURE**

Based on the motion of the United States for an order granting default judgment against all unknown persons and entities having an interest in the defendant currency who have failed to file a verified statement of claim an answer, and for a final order of forfeiture forfeiting $5,000.00 of the defendant currency to the United States pursuant to the Stipulation for Settlement of Claim entered between the Plaintiff and Timothy Andre Williams; and based on all the files and records in this action, the Court finds as follows:

1.      On January 19, 2011, a verified Complaint for Forfeiture *In Rem* was filed by the United States alleging that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

2.      Notice of this forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 27, 2011.

3.      Timothy Andre Williams filed a Reply to Plaintiff's Response to Motion for Return of Seized Property and Timely Answer to Complaint for Forfeiture.

4.      No other verified statement of claim or answer to the Complaint for Forfeiture has been filed in this action, and the time for filing a verified claim and answer has expired.

5.      On September 7, 2011, the Plaintiff and Timothy Andre Williams entered into a Stipulation for Settlement of Claim in this action.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.      the Motion of the United States for Default Judgment and Final Order of Forfeiture [Docket No. 16] is GRANTED;

2.      default judgment is entered against all unknown persons and entities having an interest in the defendant currency who have failed to file a verified claim and answer in this proceeding; and

3.      all right, title and interest in $5,000.00 of the defendant currency is forfeited to and vested in the United States of America pursuant to 21 U.S.C. § 881(a)(6);

4.      the United States shall dispose of the $5,000.00 in accordance with law; and

5.      the United States shall return $5,000.00 of the defendant U.S. currency to Timothy Andre Williams, as provided for in the Stipulation for Settlement of Claim.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: 9/22/11                          s/Richard H. Kyle
                                        RICHARD H. KYLE, Judge
                                        United States District Court